# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Cedric Hall and Nikita Jones Hall

Debtor(s).
Cedric Hall

Plaintiff(s)

vs.

Wells Fargo Bank, N.A.
Defendant(s)

Case Number: 12–20256   gwe
Chapter  7

Ad. Pro. No.  12–00197

# NOTICE OF ENTRY OF JUDGMENT

**On  6/1/2012  the following order was entered:**

*8* – Order Withdrawing (related document(s):1 Adversary case 12–00197. (11 (Recovery of money/property – 542 turnover of property)): Complaint by Cedric Hall, Nikita Jones Hall against Wells Fargo Bank, N.A.. , (Cohn, William)) (cdc)

**I certify that on this date a copy of this notice was mailed to the following:**

**Plaintiffs – Cedric Jones & Nikita Jones–Hall**
**Plaintiff's Atty – William Cohn**
**Defendant – Wells Fargo**
**Defendant's Atty – David Drexler**
**Ch 7 Trustee & US Trustee**



Jed G. Weintraub
Clerk of the Bankruptcy Court

By:   Cindy Coady
Deputy Clerk

Date:   June 1, 2012

**[nej]** [Notice of Judgement Adversary 04/03]